**No. 11-5676. Eugene Holmes, Petitioner v. United States.**

565 U.S. 918, 132 S. Ct. 339, 181 L. Ed. 2d 212, 2011 U.S. LEXIS 6848.

October 3, 2011. Petition for writ of certiorari to the United States Court of Appeals for the Second Circuit denied.

Same case below, 421 Fed. Appx. 76.